IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR322 |
| vs. | ORDER |
| CRAIG A. HARBAUGH, | |
| Defendant. | |

This matter is before the Court on plaintiff's motion to dismiss the indictment, Filing No. 42. For good cause shown,

**IT IS ORDERED** that:

1) The motion to dismiss, Filing No. 42 is granted.
2) The indictment is dismissed without prejudice.

Dated this 13th day of October, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge